1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN D. ROGERS, | ) | No. C 10-2319 LHK (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOREL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court has dismissed the instant petition for a writ of habeas corpus as untimely.
Therefore, judgment is entered in favor of Respondent.  Petitioner shall take nothing by way of
his petition.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED: __1/21/11_____                    _____
                                                 LUCY H. KOH
                                                 United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.10\Rogers319jud.wpd